UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

ANTONIA ROTA MCLARTY

    Plaintiff,

V.                                               CIVIL ACTION NO

AMERICAN COLLECTIONS ENTERPRISE, INC.

Defendant.                                MAY 11, 2011

(stamp: KDB11CV1305; FILED/LOGGED/ENTERED/RECEIVED MAY 12 2011 AT BALTIMORE CLERK, U.S. DISTRICT COURT DISTRICT OF MARYLAND, DEPUTY)

## COMPLAINT

1. Plaintiff seeks relief pursuant to the Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. § 1692; Md. Ann. Code <u>Commercial Law</u> Maryland Consumer Debt Collection Act. § 14-204 et seq. ("MCDCA"); and the Md. Ann. Code <u>Commercial Law</u> Consumer Practices Act § 13-301 et seq.

2. The Court's jurisdiction is conferred by 15 U.S.C. §1692k and 28 U.S.C. §1331 and 1367.

3. Plaintiff is a natural person who resides in Elkridge, MD.

4. Defendant is a licensed collection agency and has a place of business as 205 S. Whiting Street, Suite 500, Alexandria, VA 22304.

5. Plaintiff is a consumer within the FDCPA.

6. Defendant is a debt collector within the FDCPA.

7. Defendant is a collector within the MCDCA.

8. Defendant communicated with Plaintiff or others on or after one year before the date of this action, in connection with collection efforts with regard to Plaintiff's disputed personal debt.

9. The Plaintiff contacted the Defendant via telephone on or about May 2011 in an attempt to dispute a debt alleged by Defendant to be owed by Plaintiff.

10. The Defendant advised Plaintiff, through a collection agent, that she had no right to dispute the alleged debt owed. This statement is false misleading and deceptive in violation of §1692e and §1692g.

11. The Defendant failed to advise the Plaintiff of the required notice pursuant to §1692e (11).

12. The Defendant stated to the Plaintiff that she could not dispute the debt because she owed it, which statement is false, deceptive and misleading and in violation of §1692e.

13. The Defendant advised the Plaintiff that he would report this debt to the Credit Bureaus, without noting her dispute, in violation of §1692e (8).

14. The Defendant advised the Plaintiff that her dispute was "invalid."

15. The Defendant advised the Plaintiff that her reason for the dispute did not qualify with federal laws (FDCPA) criteria of a valid dispute. This representation

is false, deceptive and misleading, as the FDCPA has no criteria regarding disputed debts.

16. The Defendant use of the name "PAYACEI.com" has violated §1692e (14) The use of any business, company, or organization name other than the true name of the debt collector's business, company, or organization.

17. In the collection efforts, the Defendant violated the FDCPA; inter alia, section 1692 e, f and g.

SECOND COUNT

18. The allegations of the First Count are repeated and realleged as if fully set forth herein.

19. Within three years prior to the date of this action Defendant has engaged in acts and practices as to Plaintiff in violation of the Md. Ann. Code <u>Commercial Law</u> Maryland Consumer Debt Collection Act § 14-204 et seq. ("MCDCA").

20. Defendant has committed unfair or deceptive acts or practices within the meaning of the Md. Ann. Code <u>Commercial Law</u> Consumer Practices Act § 13-301 et seq.

WHEREFORE Plaintiff respectfully requests this Court to:

1. Award Plaintiff statutory damages pursuant to the FDCPA on Count I.
2 Award Plaintiff statutory damages pursuant to the MCDCA on Count II.
4. Award such other and further relief as this Court may see fit.

THE PLAINTIFF

BY _____
Bernard T. Kennedy, Esquire
The Kennedy Law Firm
P.O. Box 657
Edgewater, MD 21037
Ph  (443) 607-8901
Fax (443) 607-8903
Fed. Bar # Md26843
bernardtkennedy@yahoo.com