UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2011 OCT 20 P 12: 28

CLERK'S OFFICE
AT BALTIMORE

BY_____ DEPUTY

ANTONIA ROTA MCLARTY

    Plaintiff,

V.

CIVIL ACTION NO
1:11-cv-01305-RDB

AMERICAN COLLECTIONS ENTERPRISE, INC.

    Defendant.

OCTOBER 18, 2011

## NOTICE OF DISSMISSAL

The plaintiff through her attorney Bernard T. Kennedy stipulates that the claims in the above-entitled action shall be dismissed with prejudice and without costs, subject to approval of the Court.

THE PLAINTIFF

BY /S/Bernard T. Kennedy
Bernard T. Kennedy, Esquire
The Kennedy Law Firm
P.O. Box 657
Edgewater, MD 21037
Ph  (443) 607-8901
Fax (443) 607-8903
Fed. Bar # Md26843
bernardtkennedy@yahoo.com

Request GRANTED This 19th Day of October, 2011.

Richard D. Bennett
United States District Judge